AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

Mark Lacy
*Plaintiff*
v.
CHRISTUS St. Vincent Reginal Medical Center
*Defendant*

) Case No. 1:25-cv-00118-JB-SCY

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Lacy .

Date: 07/10/2026

/s/ Lindsay R. McKasson
*Attorney's signature*

Lindsay R. McKasson, Bar ID 26-441
*Printed name and bar number*

Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

lindsay@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*