**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE**: *Lacy v. Christus St. Vincent Regional Medical Center*

**CASE NO.**: 25cv118 JB/SCY

A Rule 16 Settlement Conference was held before Magistrate Judge Steven C. Yarbrough beginning at 9:00 a.m. on August 27, 2026.

**APPEARANCES:**

**For Plaintiff:** Lindsay McKasson
Patrick Kenneally

**With Client:** Mark Lacy, M.D.

**For Defendants:** Kevin Koronka
Ayissa Maldonado
Rose Richler

**With Client:** Ariane Moorer

**RESULTS OF SETTLEMENT CONFERENCE**:

Did not settle.

**TIME SPENT IN PRE-SETTLEMENT CONFERENCES:**

1 hour.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

3 hours, 20 minutes.