UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MARK LACY, | § | |
| Plaintiff, | § | |
| | § | |
| | § | Case No. 1:25-cv-00118-JB-SCY |
| v. | § | |
| | § | |
| CHRISTUS ST. VINCENT REGIONAL MEDICAL CENTER, | § | |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Mark Lacy ("Plaintiff") and Defendant CHRISTUS St. Vincent Regional Medical Center ("Defendant" or "CSV"), through their undersigned counsel, submit this Joint Status Report, as required by their prior Joint Status Report [Dkt. 68]:

1. On August 27, 2026, the Parties participated in a settlement conference before United States Magistrate Judge Steve Yarborough at the Pete V. Domenici United States Courthouse.

2. Despite their good-faith efforts, the Parties were unable to reach a settlement of this matter at the conference.

3. Because the case deadlines were stayed pending the settlement conference, the Parties are prepared to resume litigation and confer on and submit a revised provisional discovery plan subject to the instruction of the Court.

Dated: August 31, 2026.

Respectfully submitted,

_/s/ Patrick D. Kenneally (with permission)_
Patrick D. Kenneally
IL Bar No. 6286573

BURKE LAW GROUP
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
Phone: 832-987-2214
Patrick.kenneally@burkegroup.law

*Counsel for Plaintiff Mark Lacy*

/s/ _Kevin Koronka_
Kevin Koronka
Texas Bar No. 24047422
Kevin.koronka@huschblackwell.com
Ayissa L. Maldonado
Texas Bar No. 24120126
Ayissa.maldonado@huschblackwell.com

HUSCH BLACKWELL LLP
111 Congress Ave., Suite 140
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 Facsimile

*Counsel For Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

_s/ Kevin Koronka_
Kevin Koronka

*Counsel for Defendant*